UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Hyung Kim,

          Plaintiff,

                            ORDER ADOPTING
vs.                      REPORT AND RECOMMENDATION

Sears Robuck & Co.,

          Defendant.         Civ. No. 07-4771 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That the Plaintiff's Complaint [Docket No. 1] is dismissed for failure to comply with this Court's Order of December 17, 2007, and for lack of prosecution.

2. That the Plaintiff's Motion for Leave to Proceed In Forma Pauperis [Docket No. 2] is denied, as moot.

DATED: 2/5/08                                         s/Patrick J. Schiltz
                                                             Patrick J. Schiltz
                                                             United States District Judge